

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:  Raymond Booker v. Oscar Guerrero

Appellate case number: 01-17-00073-CV

Trial court case number: 1060392

Trial court:    County Civil Court at Law No. 3 of Harris County

On January 24, 2017, appellant, Raymond Booker, through counsel, filed a notice of appeal from the final judgment, signed on November 10, 2016, after timely moving for a new trial on December 12, 2016. *See* TEX. R. APP. P. 4.1(a), 26.1(a)(1). Because the filing fee had not been paid, the Clerk of this Court sent a notice to appellant's counsel on February 21, 2017, warning appellant that this appeal was subject to dismissal if that fee was not paid by March 23, 2017.

Although the filing fee has not yet been paid, appellant paid for the clerk's record fee because that record was filed on February 9, 2017. However, on March 16, 2017, the Clerk of this Court notified Michael R. Wadler, counsel for appellant, that if he failed to provide evidence of request and payment for the reporter's record by April 17, 2017, this Court may set the briefing schedule without it. *See* TEX. R. APP. P. 37.3(c). Neither a timely response nor the reporter's record has been filed in this Court.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant's brief is **ORDERED** to be filed no later than **30 days from the date of this order**. *See id.* 38.6(a). Finally, appellant is also **ORDERED** to pay the $205.00 filing fee to the Clerk of this Court **within 30 days** of the date of this order, **or this appeal will be dismissed for want of prosecution without further notice**. *See id.* 5, 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
      ☑ Acting individually ☐ Acting for the Court
Date: June 8, 2017